LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty St., Ste. 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  lbubala@armstrongteasdale.com

Counsel for Tom Gonzales

ELECTRONICALLY FILED ON
April 23, 2012

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-11-17208-BAM |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Chapter 11 |
| Debtor. | |
| CT INVESTMENT MANAGEMENT CO., LLC, | **Dist. Case No. 2:12-cv-00669-PMP-CWH** |
| Plaintiff, | Bankr. Adv. No. 11-01228-BAM |
| v. | **ORDER GRANTING EX PARTE MOTION TO REASSIGN RELATED CASE** |
| TOM GONZALES, et al., | |
| Defendants. | |

On April 20, 2012, Defendant Tom Gonzales moved to reassign this case to Chief Judge Robert C. Jones and Magistrate Judge Valerie P. Cooke, the presiding judges in the related case, *Gonzales v. Desert Land, LLC (In re Specialty Trust, Inc.)*, Case No. 3:11-cv-00613-RCJ-VPC (D. Nev.).  The Court, having considered the matter, GRANTS the motion.

IT IS SO ORDERED.

Dated this 24th day of April, 2012.

_____
U.S. DISTRICT COURT JUDGE

# # #

1