LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty St., Ste. 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049
Email: lbubala@armstrongteasdale.com

Counsel for Tom Gonzales

ELECTRONICALLY FILED ON
April 23, 2012

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>　　Debtor.<br>_____<br><br>CT INVESTMENT MANAGEMENT CO., LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TOM GONZALES, et al.,<br><br>　　Defendants. | Case No. BK-S-11-17208-BAM<br><br>Chapter 11<br><br><br><br>**Dist. Case No. 2:12-cv-00669-PMP-CWH**<br><br>Bankr. Adv. No. 11-01228-BAM<br><br>**ORDER<br>GRANTING EX PARTE MOTION TO REASSIGN RELATED CASE** |

　　On April 20, 2012, Defendant Tom Gonzales moved to reassign this case to Chief Judge Robert C. Jones and Magistrate Judge Valerie P. Cooke, the presiding judges in the related case, *Gonzales v. Desert Land, LLC (In re Specialty Trust, Inc.)*, Case No. 3:11-cv-00613-RCJ-VPC (D. Nev.). The Court, having considered the matter, GRANTS the motion.

　　IT IS SO ORDERED.

Dated this 24th day of April, 2012.

_____
U.S. DISTRICT COURT JUDGE

# # #

1